IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN THE MATTER OF THE SEARCH OF

███████████████ of
KLETE DERIK KELLER, if he is present at
the time of the search warrant execution

Case Number: 21-sw-00028-MEH

**Filed Under Restriction**

## MOTION TO UNRESTRICT WITH APPROPRIATE REDACTIONS

The United States of America, by and through Peter McNeilly, Assistant United States Attorney, hereby moves the Court for an order effectively modifying the restriction of the documents in this case, and as grounds therefore submits the following:

1. By order of the Court, this case and the filings made in it were restricted at level 3 under D.C.COLO.LCrR 47.1, limiting access to the United States and the Court, "until further order of the Court." ECF No. 4. The Court granted the Government's Motion to Unrestrict in Part [ECF No. 7] on February 17, 2021, which permitted the United States to disclose to defense counsel certain otherwise restricted documents. ECF No. 8.

2. The Government has evaluated the restricted documents and, in light of the current posture of the underlying criminal investigation and prosecution, has determined that the prior level of restriction is no longer necessary. The United States now wishes to unrestrict the docket sheet and the filings in this case, subject to appropriate redactions where necessary. *See* D.C.COLO.LCrR 47.1(c)(4) (describing

"redaction" as an appropriate "alternative to restriction" where necessary). The United States has attached as Exhibit A to this Motion the proposed unrestricted versions of the filings and docket sheet. In addition, the United States wishes to provide copies of the docket sheet and filings, redacted as appropriate, to counsel for Los Angeles Times Communications LLC which has filed a separate civil action requesting that these materials be unsealed. *See* Case No. 1:21-cv-01508-DDD, ECF No. 1.

3. The United States wishes to prevent public dissemination of certain facts of this case, and, therefore, asks to keep some limited material in this search warrant case redacted in the versions to be made available to the public. Modifying the restriction as the Government requests will permit public access to the filings and docket in this case while preserving individual privacy interests, and the integrity of the Government's ongoing investigation in the underlying criminal case and the integrity of related investigations and prosecutions. *See* D.C.COLO.LCrR 47.1(c)(2)-(c)(3).

4. With the Court's authorization, the Government will undertake the obligation to produce the docket sheet and filings, as redacted, to counsel for the Los Angeles Times Communications LLC upon order of the Court. The Government respectfully requests that the Court formally change the restriction level settings in CM/ECF for this case in order to permit public access.

//

//

//

WHEREFORE, the Government respectfully moves to modify the restriction in this case with appropriate redactions.

        MATTHEW T. KIRSCH
        Acting United States Attorney

By: *s/Peter McNeilly*
        Peter McNeilly
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        E-mail: peter.mcneilly@usdoj.gov
        Attorney for the United States